# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>GROWTH CAVE, LLC, THREAD BANK, FINMKT, INC., FUND MY CONTRACT, LLC, GNOSIS LABS, INC. DBA WIZEBANK NA AKA ELECTIVE, UNIVERSAL FINANCE, INC. DBA UGA FINANCE, LUCAS LEE-TYSON, AND OSMANY BATTE AKA "OZZIE BLESSED,"<br><br>Defendant(s). | Case No.: CV 24-3060-GW-MAAx<br><br>ORDER<br><br>HON. GEORGE H. WU |

Based upon Plaintiff DANIEL FERNANDEZ's Voluntary Dismissal of Defendant Fund My Contract, LLC, and good cause, this Court hereby orders Fund My Contract, LLC, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: **May 23, 2024**

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE